L. Bryant Jaquez, Esq.
California Bar No. 252125
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 10-01421

Attorneys for Movant,
DEUTSCHE BANK NATIONAL BANK TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL 1 INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC5

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| In re:<br><br>NOVO B. LOCSIN,<br><br>Debtor. | Case No.: 10-31382 TC<br>Chapter 13<br>R.S. No. N/A<br><br>Hearing –<br>Date: May 24, 2010<br>Time: 1:00 P.M.<br>Place: U.S. BANKRUPTCY COURT<br>235 Pine Street<br>San Francisco, CA<br>Courtroom 23 |

**MOVANT DEUTSCHE BANK NATIONAL BANK TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL 1 INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC5'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY [UNLAWFUL DETAINER]**

DEUTSCHE BANK NATIONAL BANK TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL 1 INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC5, its assignees and/or successor in interest ("Movant" herein), moves this Court for an Order terminating the Automatic Stay [Unlawful Detainer] of 11 U.S.C. §362 as to Movant so that Movant may commence and continue all acts

1

necessary to obtain possession of the property, generally described as **52 Woodside Avenue, Daly City, CA 94015** ("Property" herein).

Prior to the commencement of this action, title to the subject real property was vested in the name of Debtor, Novo B. Locsin (the "Debtor"). The Debtor was the Trustor under a Deed of Trust dated June 16, 2006 and recorded June 23, 2006 as Instrument No. 2006-094454 in the official records of San Mateo, California.

The subject real property is occupied after a foreclosure sale, which was held on January 19, 2010. Movant obtained title to the subject real property by way of Trustee's Deed Upon Sale recorded January 27, 2010 as Instrument No. 2010-009370 in the official records of San Mateo County, California. Attached hereto as **Exhibit "1"** is a copy of the Trustee's Deed Upon Sale.

Movant caused a Notice to Quit to be served upon the Debtor February 17, 2010. Attached hereto as **Exhibit "2"** is a copy of the Notice to Quit.

Movant filed a Complaint for Unlawful Detainer against the Debtor on March 4, 2010 as State Court Case No. CLJ 201213 in the San Mateo County Superior Court. Attached hereto as **Exhibit "3"** is a copy of the Complaint for Unlawful Detainer.

On April 19, 2010, Debtor filed a Chapter 13 Bankruptcy Petition commencing case no. 10-31382.

In the event neither Debtor nor Debtor's Counsel appear at a Hearing on this Motion, the Court may grant relief from the Automatic Stay permitting Movant to obtain possession of such Property without further Hearing.

WHEREFORE, Movant prays for an order as follows:

(1) For an Order terminating the automatic stay to allow Movant to enforce its remedies to obtain possession of the subject real property in accordance with applicable law.

///

2

(2) For an Order terminating or modifying the Co-Debtor stay of 11 U.S.C. §1201 or §1301 as to the above-named co-debtor, on the same terms and conditions.

(3) For an Order waiving the 10-day stay provided by Bankruptcy Rule 4001(a)(3).

(4) For an Order binding and effective despite any conversion of this bankruptcy case.

(5) For such other relief as this Court deems appropriate.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: 5/3/10     By: /s/ L. Bryant Jaquez
                     L. Bryant Jaquez, Esq.
                     Attorney for Movant

10-01421/ndmfr.dot/rlw