# EXHIBIT ATTACHMENT



RECORDING REQUESTED BY:
RECONTRUST COMPANY
AND WHEN RECORDED MAIL TO:

RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

Forward Tax Statements to Address listed above

2010-009370
02:21pm 01/27/10 TD Fee: 21.00
Count of pages 3
Recorded in Official Records
County of San Mateo
Warren Slocum
Assessor-County Clerk-Recorder



* 2 0 1 0 0 0 0 9 3 7 0 A R *

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No. 09-0098973
Title Order No. 09-8-280517

## TRUSTEE'S DEED UPON SALE

APN# 008-359-140 TRANSFER TAX:$ 0

The Grantee herein was the beneficiary
The amount of the unpaid debt was $ 798,177.14
The amount paid by the Grantee was $ 527,000.00
The property is in the city of DALY CITY, County of SAN MATEO

RECONTRUST COMPANY, N.A., as the duly appointed Trustee (or successor Trustee or substituted Trustee), under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without covenant or warranty to:

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC5

herein called Grantee, the following described real property situated in SAN MATEO County, California:

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by NOVO B. LOCSIN, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY, as Trustor, recorded on 06/23/2006, Instrument Number 2006-094454 ( or Book , Page ) Official Records in the Office of the County Recorder of SAN MATEO County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have been complied with.

*Form trsteedeed (01/09)*

TS No. 09-0098973

Title Order No. 09-8-280517

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 01/19/2010. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 527,000.00.

DATE: January 19, 2010

RECONTRUST COMPANY, N.A.

BY: ~~Kevin Tortorici, Team Member~~

ANGELICA DEL TORO ASSISTANT SECRETARY

State of California }

County of Ventura }

On JAN 22 2010 before me, RJ GREEAR, notary public, personally appeared ANGELICA DEL TORO, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ______________ (Seal)

RJ GREEAR

R. J. GREEAR
COMM. #1784051
NOTARY PUBLIC - CALIFORNIA
VENTURA COUNTY
My Commission Exp. Dec. 8, 2011

*Form trsteedeed (01/09)*



EXHIBIT 1


No. 11455906-S03- MT6

**SCHEDULE C**
**LEGAL DESCRIPTION**

All that certain real property in the City of Daly City, County of San Mateo, State of California, described as follows:

Lot 35, Block 167, as shown on that certain Map entitled, "Westlake Unit No. 10D, Daly City, San Mateo County, California", filed in the Office of the Recorder of the County of San Mateo, State of California, on April 15, 1960 in Book 53 of Maps at Pages 21 and 22.

ARB No: 008-035-359-14A
APN No: 008-359-140



Exhibit 1

# NOTICE TO QUIT

**To: NOVO B. LOCSIN**
**AND ALL OTHERS IN POSSESSION**

of the premises located at:

**52 WOODSIDE AVENUE, DALY CITY, CALIFORNIA 94015**

The premises was duly sold in accordance with Section 2924 of the Civil Code of the State of California on January 19, 2010, under the power of sale contained in a Deed of Trust recorded in the official records, San Mateo County, California, and the title under sale has been duly perfected.

NOTICE IS HEREBY GIVEN that:

(i) Within **Three (3) Days** after service of this Notice, in the event you are in possession of the premises and you are not a tenant or subtenant as described below;

(ii) Within **Thirty (30) Days** after service of this Notice, in the event you are a tenant or subtenant in possession of a rental housing unit sold in foreclosure and any party to the note remains in the property as a tenant, subtenant, or occupant;

(iii) Within **Ninety (90) Days** after service of this Notice, in the event you are a tenant or subtenant in possession of a rental housing unit sold in foreclosure.

You are required to quit and deliver up possession of the premises to the undersigned or to DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC5, owner, who is authorized to receive the same. Your failure to deliver possession of the premises within three/thirty/ninety days will cause the undersigned to institute legal proceedings against you to recover possession of the premises and for damages as provided by law.

This notice to you is given pursuant to the provisions of California Code of Civil Procedure Section 1161a and 1161b and 12 U.S.C. 5220.

**MILES, BAUER, BERGSTROM & WINTERS, LLP**
Attorneys for Owner

Dated: February 16, 2010

by: Brian H. Tran, Esq.
1665 Scenic Ave., Ste. 200
Costa Mesa, CA 92626
(714) 481-9100

10-30504

EXHIBIT 2

## PROOF OF SERVICE

**I, the undersigned declare that I served the Notice (s) below indicated:**

☐ THREE-DAY NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PERFORM COVENANT AND PAY RENT OR SURRENDER POSSESSION OF PREMISES

☒ **3/30/90 NOTICE TO QUIT**

**The above described Notice (s) were served on the following named parties in the manner set forth below:**

**NAME:**NOVO B. LOCSIN
**ADDRESS:**52 WOODSIDE AVENUE, DALY CITY, CALIFORNIA 94015

☐ 1. PERSONAL SERVICE — By delivering a copy of the Notice (s) on at to at the address above.

☒ 2. CONSTRUCTIVE SERVICE — After due and diligent effort, by service of said Notice (s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below:

☐A. By leaving a copy for each of the above named parties on at , with , a competent member of the household at the usual place of resident of each of the above named parties; and thereafter mailing a copy to each of the above named parties by depositing said copies in the United States mail on in a sealed envelope, with postage fully prepaid, addressed to each of the above named parties at their place of residence.

☒B. By posting a copy for each of the above named parties on February 17, 2010 at 7:00 PM in a conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on February 17, 2010.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 19, 2010
NAME:ERIK DE LA FUENTE
C/O NATIONWIDE LEGAL, INC.
820 N. Parton Street, Suite 203
Santa Ana, California 92701
(714) 558-2400
The fee for service was:$110.00
Registration Number: 2006-895
County: SAN FRANCISCO
Ref.: 9015089

EXHIBIT 2

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
UNLAWFUL DETAINER—EVICTION
*(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

FOR COURT USE ONLY

ENDORSED FILED
SAN MATEO COUNTY
MAR 04 2010
Clerk of the Superior Court
By Jessenia Martinez
DEPUTY CLERK

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
NOVO B. LOCSIN and DOES I through X, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
400 COUNTY CENTER
REDWOOD CITY, CA 94063
SOUTHERN BRANCH

CASE NUMBER: *(Número del caso):* CLJ 201213

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Brian H. Tran, Esq., Bar No. 255577 (714) 481-9100
MILES, BAUER, BERGSTROM & WINTERS, LLP (714) 481-9151
1665 Scenic Avenue, Suite 200 (10-30504)
Costa Mesa, CA 92626

3. *(Must be answered in all cases)* An **unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415)** [X] **did not** [ ] **did** for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: *(Fecha)* MAR 04 2010 JOHN C. FITTON Clerk, by *(Secretario)* JESSENIA MARTINEZ, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify)*:
   under: [ ] CCP 416.10 (corporation) [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
   [ ] CCP 415.46 (occupant) [ ] other *(specify)*:
5. [ ] by personal delivery on *(date)*:





EXHIBIT 3

| PLAINTIFF *(Name):* DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH<br>DEFENDANT *(Name):* NOVO B. LOCSIN and DOES I through X, Inclusive | CASE NUMBER: |
|---|---|

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant):*
   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and zip:

   d. County of registration:
   e. Registration no.:
   f. Registration expires on *(date)*:



EXHIBIT 3

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Brian H. Tran, Esq., Bar No. 255577
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Avenue, Suite 200 (10-30504)

Costa Mesa, CA 92626
TELEPHONE NO.: (714) 481-9100 FAX NO.: (714) 481-9151
ATTORNEY FOR (Name): PLAINTIFF

FOR COURT USE ONLY

RECEIVED
MAR 04 2010
CLERK OF THE SUPERIOR COURT
SAN MATEO COUNTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS:
CITY AND ZIP CODE: REDWOOD CITY, CA 94063
BRANCH NAME: SOUTHERN BRANCH

CASE NAME: DEUTSCHE BANK V. LOCSIN

## CIVIL CASE COVER SHEET

[ ] Unlimited (Amount demanded exceeds $25,000) [X] Limited (Amount demanded is $25,000 or less)

Complex Case Designation
[ ] Counter [ ] Joinder
Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402)

CASE NUMBER: ~~CLJ 201213~~
JUDGE:
DEPT:

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[X] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (*check all that apply*): a. [ ] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (*specify*): 1
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (*You may use form CM-015.*)

Date: MARCH 2, 2010
Brian H. Tran, Esq., Bar No. 255577
(TYPE OR PRINT NAME)
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

## NOTICE

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.



Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

EXHIBIT 3

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)—Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice–Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach—Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case—Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief from Late Claim
  - Other Civil Petition



EXHIBIT 3

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address)*: TELEPHONE NO.:

FOR COURT USE ONLY

ATTORNEY FOR *(Name)*:

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS:
CITY AND ZIP CODE: REDWOOD CITY, CA 94063
BRANCH NAME: SOUTHERN BRANCH

PLAINTIFF: DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST
DEFENDANT: NOVO B. LOCSIN

## PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

CASE NUMBER: CLJ 201213

*(To be completed by the process server)*
DATE OF SERVICE:

*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)*

**Complete this form only if ALL of these statements are true:**
1. **You are NOT named in the accompanying Summons and Complaint.**
2. **You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.**
3. **You still occupy the premises.**

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:
2. I reside at *(street address, unit No., city and ZIP code)*:
3. The address of "the premises" subject to this claim is *(address)*:
4. On *(insert date)*: 3/4/10, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.)*
5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.
6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.
7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.
8. I was not named in the Summons and Complaint.
9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.
10. *(Filing fee)* I understand that I must go to the court and pay a filing of $ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

| PLAINTIFF *(Name)*: DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST<br>DEFENDANT *(Name)*: NOVO B. LOCSIN | CASE NUMBER: |
|---|---|

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

WARNING: Perjury is a felony punishable by imprisonment in the state prison.

Date:

(TYPE OR PRINT NAME) ▶ (SIGNATURE OF CLAIMANT)

NOTICE: If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE if all the following are true:**

1. **You are NOT named in the accompanying Summons and Complaint.**
2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.** *(The date is the court filing date on the accompanying Summons and Complaint.)*
3. **You still occupy the premises.**

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*



EXHIBIT 3

**MILES, BAUER, BERGSTROM & WINTERS, LLP**
Brian H. Tran, Esq., Bar No. 255577
1665 Scenic Avenue, Suite 200 (LOCSIN / 10-30504)
Costa Mesa, CA 92626
Phone: (714) 481-9100
Facsimile: (714) 481-9151

ENDORSED FILED
SAN MATEO COUNTY

MAR 04 2010

Clerk of the Superior Court
By Jessenia Martinez
DEPUTY CLERK

Attorneys for Plaintiff,
DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC5

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN MATEO

SOUTHERN BRANCH

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC5,<br><br>Plaintiff(s),<br><br>vs.<br><br>NOVO B. LOCSIN and DOES I through X, Inclusive,<br><br>Defendant. | CASE NO.: CLJ 201213<br><br>**COMPLAINT FOR UNLAWFUL DETAINER**<br><br>[THE DEMAND DOES NOT EXCEED $10,000] |

Plaintiff alleges:

1. Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC5 ("Plaintiff"), is at all times mentioned a Corporation authorized to do business in California and is the owner of and entitled to immediate



EXHIBIT 3

possession of the subject property generally described as 52 WOODSIDE AVENUE, DALY CITY, CALIFORNIA 94015 ("Property").

2. Plaintiff is informed and believes that Defendant, and each of them, are now and at all times mentioned herein were resident(s) of the County of SAN MATEO, State of California.

3. Plaintiff is unaware of the true names and capacities whether individual, corporate, associate or otherwise of the Defendants sued as Does 1 through 10, inclusive, and therefore Defendants are sued under fictitious names. When the true names and capacities of the fictitiously named Defendants have been ascertained, Plaintiff will seek leave of the Court to amend this Complaint accordingly. Plaintiff is informed and believes that the fictitiously named Defendants are responsible in some manner for the events and happenings hereinafter referred to, thereby causing Plaintiff the damages herein alleged.

4. Plaintiff is informed and believes that NOVO B. LOCSIN is in possession of the Property.

5. Prior to the commencement of this action, title to the subject Property was vested in the name or names of NOVO B. LOCSIN. NOVO B. LOCSIN was the original Trustor under a Deed of Trust, which secured the Property, recorded in the official records of SAN MATEO County, California. The Deed of Trust contained a power of sale clause that allowed the Trustee to proceed with a non-judicial foreclosure upon default.

6. The Property was sold by the Trustee to Plaintiff at a Trustee's Sale. Said Trustee's Sale was held in accordance with California Civil Code §2924 et. seq.

7. The Trustee's Sale was duly perfected by recording a Trustee's Deed Upon Sale in the Office of the County Recorder of SAN MATEO County, California. A true and correct copy of the Trustee's Deed Upon Sale is attached hereto as Exhibit "A" and incorporated herein by reference.

8. After Plaintiff obtained legal title to the Property, Plaintiff caused to be served on the Defendant a Notice to Quit. The Notice to Quit gave any tenant thirty (30) or ninety (90) days in which to vacate the Property and the previous owner or any other occupant three (3) days in which to vacate the Property upon service of the Notice to Quit.

9. Service of the Notice to Quit on NOVO B. LOCSIN was effected by posting a copy of the Notice to Quit on the premises on February 17, 2010, and by mailing a copy of same on February 17, 2010, because defendant could not be found on the premises. Service of the Notice to Quit on all other occupants was effected by posting a copy of the Notice to Quit on the premises on February 17, 2010, and by mailing a copy of same on February 17, 2010, because the occupants could not be found on the premises. Attached hereto as Exhibit "B" is a true and correct copy of the Notice to Quit along with copies of the Proof of Service.

10. More than three (3) days have elapsed since service of said Notice to Quit on the Defendant, but Defendant has failed and refused to deliver up possession of the Property.

11. Plaintiff demands possession of the Property from the Defendant, and each of them, pursuant to California Code of Civil Procedure §1161a(b) and §1161a(c).

12. Defendant continues in possession of the Property without Plaintiff's permission or consent.

13. The reasonable daily rental value of the Property is $199.54.

WHEREFORE, Plaintiff prays for Judgment against Defendant, and each of them, as follows:

a) Restitution and possession of the Property;

b) An Order directing Defendant to quit and deliver up possession of the Property to Plaintiff;

c) Damages at the rate of $199.54 per day, from and including February 23, 2010, for each day that Defendant continues in possession of the Property up to date of Judgment;

d) For costs of suit herein;

e) For such other relief as the Court deems just and proper.

Dated: March 2, 2010

MILES, BAUER, BERGSTROM & WINTERS, LLP

Brian H. Tran, Esq.
Attorneys for Plaintiff



EXHIBIT 3

Case: 10-31382 Doc# 12-2 Filed: 05/03/10 Entered: 05/03/10 18:00:19 Page 16 of 17

**VERIFICATION**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am an attorney at law duly licensed to practice before this court and I am an associate in the law firm of Miles, Bauer, Bergstrom & Winters, LLP, attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC5, a party to this action. Such party is absent from the county aforesaid where such attorneys have their office and make the verification for and on behalf of that party for that reason. I have read the above document and know its contents. I am informed and believe and on that ground allege that the matters stated in it are true.

Executed on March 2, 2010, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Brian H. Tran, Esq.
Attorneys for Plaintiff



EXHIBIT 3

Case: 10-31382 Doc# 12-2 Filed: 05/03/10 Entered: 05/03/10 18:00:19 Page 17 of 17