L. Bryant Jaquez, Esq.
California Bar No. 252125
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 10-01421

Attorneys for Movant,
DEUTSCHE BANK NATIONAL BANK TRUST COMPANY AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL 1 INC. TRUST 2006-NC5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC5

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| In re:<br><br>NOVO B. LOCSIN,<br><br>Debtor. | Case No.: 10-31382 TC<br>Chapter 13<br>R.S. No. N/A<br><br>**Hearing –**<br>Date: May 24, 2010<br>Time: 1:00 P.M.<br>Place: U.S. BANKRUPTCY COURT<br>235 Pine Street<br>San Francisco, CA<br>Courtroom 23 |

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY [UNLAWFUL DETAINER] [UNLAWFUL DETAINER]**

TO DEBTOR, NOVO B. LOCSIN, THE CHAPTER 13 TRUSTEE, DAVID BURCHARD, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on May 24, 2010, in the U.S. BANKRUPTCY COURT, 235 Pine Street, San Francisco, CA, Courtroom 23, the undersigned will bring on for Preliminary Hearing its Motion for Order Granting Relief from Automatic Stay [Unlawful Detainer] before the HON. THOMAS E. CARLSON.

1

1    In the event neither the Debtor nor Debtor's Counsel appear at a Hearing on this Motion,
2    the Court may grant Relief from the Automatic Stay permitting Movant to obtain possession of
3    the property located at **52 Woodside Avenue, Daly City, CA 94015**, without further Hearing
4    before this Court pursuant to applicable state law.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:  5/3/10              By:   /s/ L. Bryant Jaquez
                                  L. Bryant Jaquez, Esq.
                                  Attorney for Movant

10-01421/rlw