DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>    NOVO BARRAMEDA LOCSIN<br>    52 WOODSIDE AVE<br>    DALY CITY, CA 94015<br><br>    ###-##-0255<br>                    Debtor(s). | Case No.: 10-3-1382 SFC13<br>Chapter 13<br><br>**FIRST AMENDED** OBJECTION TO CONFIRMATION, WITH A MOTION TO DISMISS, OF THE CHAPTER 13 PLAN, BY DAVID BURCHARD, CHAPTER 13 TRUSTEE AND NOTICE |

**341 MEETING OF CREDITORS:**
Date:     05/20/2010
Time:     9:00 AM
Place:    Office of the United States Trustee
          235 Pine Street, Suite 850
          San Francisco, California

**CONFIRMATION HEARING:**
Date:     6/9/2010
Time:     9:30 AM
Place:    United States Bankruptcy Court
          235 Pine Street 23rd Floor
          San Francisco, California

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, hereby objects to Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Debtor has failed to use the model Plan for the San Francisco Division, effective January 1, 2009. The Trustee requests Debtor file an amended plan. In addition, Trustee requests a copy of the proof of service, which verifies all creditors were served with a copy of said amended plan.

2. Debtor's plan provides for $1.00 for 60 months and does not meet the requirements of 11 U.S.C. §1322(d) in that the Debtor's plan is insufficient to pay all secured, priority, and administrative claims, and therefore, the Debtor's plan is not feasible. The Trustee requests an amended plan, which pays these claims.

3. Debtor's petition fails to contain the accurate form B201A (Form 201A) Notice to Consumer Debtor's Under § 342(b) of the Bankruptcy Code. The Trustee requests that this document be filed with the Court.

4. Debtor's petition does not contain an Application for Approval of Attorney Fees and the Rights and Responsibilities. The Trustee requests the documents be filed with the court.

5. The Trustee requests a *signed* copy of Debtor's 2009 Personal Income Tax Returns to be received no later than four business days prior to the date of the first scheduled Meeting of Creditors.

6. The Trustee requests Debtor provide the appropriate declaration that details Debtor's income for the six months prior to the filing of the bankruptcy.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations, as required by the written Order Re: Payment Advices in Chapter 13 Cases, dated September 26, 2006.

Dated: May 13, 2010              DAVID BURCHARD

                                 DAVID BURCHARD, Chapter 13 Trustee

Certificate of Mailing

I, LILIAN TSANG, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the Objection to Confirmation, with a Motion to Dismiss, of the Chapter 13 Plan, by David Burchard, Chapter 13 Trustee and Notice, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NOVO BARRAMEDA LOCSIN  
52 WOODSIDE AVE  
DALY CITY, CA 94015

GEORGE HOLLAND JR.  
LAW OFFICE OF GEORGE HOLLAND JR  
1970 BROADWAY ST #1030  
OAKLAND, CA 94612

United States Trustee  
235 Pine Street, Suite 700  
San Francisco, CA 94104

Dated: May 13, 2010              LILIAN TSANG

                                 LILIAN TSANG