

Signed and Filed: June 11, 2010

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In Re: Novo B. Locsin

Case No.: 10-31382 TC

ORDER FOR INDIVIDUAL(S) IN CHAPTER 7 AND CHAPTER 13 CASES TO FILE
REQUIRED DOCUMENTS AFTER CASE CONVERSION

The debtor(s) named above failed to file the documents as marked listed below:

\* Payment Advices

**IT IS HEREBY ORDERED** that unless within 14 DAYS OF THE DATE OF THIS ORDER, the debtor(s) file(s) the document(s) listed above, the court MAY DISMISS this case without further notice or hearing.

*****END OF ORDER*****

# COURT SERVICE LIST

Novo B. Locsin
52 Woodside Ave.
Daly City, CA 94015


George Holland, Jr.
Law Office of George Holland Jr.
1970 Broadway St. #1030
Oakland, CA 94612


Henri E. Norris
Holland Law Firm
1970 Broadway #1030
Oakland, CA 94612


Janina M. Elder
P.O. Box 158
Middletown, CA 95461